**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS C SAWYER, | No C-10-3273 VRW (PR) |
|     Petitioner, | |
|       v | ORDER OF DISMISSAL; PETITION FILED IN ERROR; NO FILING FEE DUE |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
|     Respondent. / | |

    Petitioner has filed a "petition for a writ of mandate" directed to the Los Angeles superior court. Doc #1. The petition was addressed to "California Supreme Court" listing this court's mailing address. Based on the information contained in the document petitioner filed, it appears he intended to file a petition for writ of mandate in the California Supreme Court after unsuccessfully petitioning the state court of appeal for similar relief.

    Because it appears this action was filed in error, it is hereby DISMISSED. No fee is due.

//

//

The clerk shall terminate any pending motions as moot and close the file.

IT IS SO ORDERED.

_____
**VAUGHN R WALKER**
**United States District Chief Judge**

`G:\PRO-SE\VRW\OTHER.10\Sawyer-10-3273-mandamus-dismissal-filed in error.wpd`